# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*AF HOLDINGS LLC*  v.  *ANDREW GUTIERREZ*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:12-cv-2127 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  March 18, 2013

    This case is dismissed without prejudice for failure to comply with the orders at dockets 12 and 13, and failure to timely serve defendant.  The Clerk will please close this case.